UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
00 AUG -1 AM 8: 26
CLERK'S OFFICE
U.S. ... COURT
... P.R.

Plaintiff(s) _Miriam Zulay Vargas Santander_      CIVIL NO. _98-2352 (DRD)_

v.

Defendant(s) _East Service Communication, Inc., et al._

| MOTION | ORDER |
|---|---|
| Docket entry no. _12_ | ☒ GRANTED. |
| Date: _June 15, 2000_ | ☐ DENIED. |
| Title: _Motion Requesting Leave to Amend Answer to Complaint_ | ☐ MOOT. |
| | ☐ NOTED. |

_GRANTED. No opposition has been filed. Therefore, the tendered "Amended Answer to the Complaint" is to be DOCKETED by the Clerk of Court. "leave to Amend is to be freely granted" FRCP 15(a) Foman v. Davis 83 S.ct. 228 (1962_

IT IS SO ORDERED.

Date: _July 31, 200_ .

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

13