UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　DATE: September 13, 2000
**CIVIL NO. 98-2352 (DRD)**
==================================================================

**MIRIAM ZULAY VARGAS SANTANDER,**　　　Attorneys:
　　Plaintiff,　　　　　　　　　　　　　　　　Renató Barrios
　　v.
**FAST SERVICE COMMUNICATION, INC., et al.,** Vivian Durieux-Rodríguez
　　Defendants.

==================================================================

　　　　An INITIAL SCHEDULING CONFERENCE was convened. The parties informed the Court of the status of the case. The Court imposed the following case management deadlines to commence today:

**EXPERTS:**
1)　　Plaintiffs have identified their Experts;
2)　　Plaintiffs are to fully comply with FED.R.CIV.P. 26 for Experts – within 60 days;
3)　　Defendant is to identify all Experts – within 30 days of completion of Step 2);
4)　　Defendant is to fully comply with FED.R.CIV.P. 26 for Experts – within 60 days of completion of Step 3).

Depositions of all experts shall be conducted within 30 days of completion of Step 4).

All Discovery concludes on April 2, 2001.

All Dispositive Motions shall be filed by May 4, 2001.

　　　　Plaintiff must be available, with all relevant medical records, to be evaluated by Defendants' Medical Expert(s). Defendants are on notice that all evaluations of Plaintiff must be coordinated to be completed within one trip by Plaintiff to Puerto Rico. Noncompliance with the above deadlines for experts shall result in exclusion of the subject expert(s) from this case.
　　　　The Court will convene a **Pretrial Conference** on **May 24, 2001 at 5:30 p.m.** The parties are forewarned that trial will commence within 30 days of the pretrial conference. The parties are strongly encouraged to fully explore settlement.

P \MINUTES\98-2352 MEM
s/c: Counsel of record　　　　　　　　　　　　　　DANIEL R. DOMINGUEZ
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE