UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**           DATE: June 18, 2001

**CIVIL NO. 98-2352 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

============================================================

MIRIAM SULAY VARGAS-SANTANDER                    <u>Attorneys:</u> Renato BARRIOS

   Plaintiffs

   v.

FAST SERVICE COMMUNICATIONS, INC.                Vivian DURIEUX

   Defendants
============================================================

**PRETRIAL CONFERENCE** was held on May 24, 2001. Plaintiff rejected settlement offer made by the defendant. The parties state their settlement positions.

The Court grants the parties thirty (30) days to further explore settlement.

A further Settlement/Pretrial is set for **June 22, 2001 at 10:00 A.M.** If case is not settled, trial will be held in the month of September 2001.

                                                COURTROOM DEPUTY

s/c: Counsel of record