UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MIRIAM ZULAY VARGAS SANTANDER,
Plaintiff,

v.

Case Number: 98-2352 (DRD)

FAST SERVICE COMMUNICATION, INC.
et al.,
Defendants.

| MOTION | RULING |
|---|---|
| **Filed:** June 29, 2001<br>[X] **Plff**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING VOLUNTARY DISMISSAL | **Docket #21**<br>[ ] **Deft**<br><br>APPROVED. The Court approves the plaintiff's Motion Requesting Voluntary Dismissal. (Docket No. 21). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), the Court hereby DISMISSES the instant action against defendant WITH PREJUDICE. Judgment shall be entered accordingly. |

Date: June 29, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge



P:\PeachOrders\98-2352.voldis.wpd