UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MIRIAM ZULAY VARGAS SANTANDER,
Plaintiff,

v.                                                                              Case Number: 98-2352 (DRD)

FAST SERVICE COMMUNICATION, INC.
et al.,
Defendants.

### JUDGMENT

The Court, having approved on this same date the plaintiff's Motion Requesting Voluntary Dismissal, hereby enters judgment DISMISSING this action against defendant WITH PREJUDICE.
    IT IS SO ADJUDGED AND DECREED.

Date: June 29, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

P.\PeachOrders\98-2352.voldis.wpd